IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHERRI HORTON,<br><br>   Plaintiff,<br><br>     v.<br><br>FULTON COUNTY DEPARTMENT OF FAMILY AND CHILDREN SERVICES,<br><br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:10-CV-2665-TWT |

<u>ORDER</u>

This is an employment discrimination case. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending denying for now the Defendant's Motions to Dismiss [Doc. 4, 6]. I approve and adopt the Report and Recommendation as the judgment of the Court. The Defendant's Motions to Dismiss [Doc. 4, 6] are DENIED for now.

SO ORDERED, this 3 day of December, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Horton\r&r.wpd