IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHERRI HORTON,

   Plaintiff,

    v.

FULTON COUNTY DEPARTMENT
OF FAMILY AND CHILDREN
SERVICES,

   Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-2665-TWT

## ORDER

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 14] of the Magistrate Judge recommending dismissing this action without prejudice for failure to properly serve the Defendant. I approve and adopt the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 18 day of March, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Horton\r&r2.wpd